FILED
MAY 15 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED
MAY 15 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 17CR 321 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, Section 1703(b) |
| | ) | |
| | ) | **INFORMATION** |
| PAMELA DAVIS | ) | |

JUDGE SHAH
MAGISTRATE JUDGE GILBERT

The UNITED STATES ATTORNEY charges:

On or about September 30, 2016, at Buffalo Grove, in the Northern District of Illinois, Eastern Division,

PAMELA DAVIS,

defendant herein, without authority opened mail not directed to her, namely, one piece of first class mail addressed to Individual A;

In violation of Title 18, United States Code, Section 1703(b).

_____
ACTING UNITED STATES ATTORNEY