AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

United States of America )
v. )
Pamela Davy ) Case No. 17 CR 321
_____ )
Defendant )

FILED
MAY 23 2017
MAGISTRATE JUDGE
JEFFREY T. GILBERT

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_X [signature]_
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

_____
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

_____ _____
*Printed name of defendant's attorney (if any)* *Signature of defendant's attorney (if any)*

Date: 5/23/17    Approved by: _____
*Magistrate Judge's signature*